UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SCOTT KEVIN FAIRLAMB,<br>　　　　Defendant. | MAGISTRATE NO. 21-mj-140 |

### TRANSPORT ORDER

Having considered the United States' Motion, communicated via e-mail, to have the defendant Scott Kevin Fairlamb transported from the District of New Jersey to the District of Columbia for further proceedings on the Complaint filed against him, it is hereby **ORDERED**

That the United States Marshals Service transport the defendant forthwith from the District of New Jersey to the District of Columbia for further proceedings in this matter.

DATE: January 22, 2021

_____
BERYL A. HOWELL
Chief Judge