IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: 21-MJ-140 |
| | : | |
| v. | : | |
| | : | |
| **SCOTT KEVIN FAIRLAMB,** | : | |
| | : | |
| Defendant. | : | UNDER SEAL |

## MOTION TO UNSEAL CASE

The United States of America, by its attorney, the Acting United States Attorney for the District of Columbia, respectfully moves this Court to unseal the file in the above-captioned matter. As grounds for this motion the Government cites the following points and authorities.

1. On January 21, 2021, this Court issued a warrant to arrest the defendant on violations of 18 U.S.C. § 231(a)(3) (Certain Acts During Civil Disorder), 18 U.S.C. § 111(a)(1) (Assaulting a Federal Officer), 18 U.S.C. §§ 1752(a)(1)-(4) (Restricted Building or Grounds); 18 U.S.C. § 1752(b)(1)(A)(Carrying a Dangerous Weapon), and 40 U.S.C. § 5104(e)(2) (Violent Entry or Disorderly Conduct) stemming from the defendant's involvement in the insurrection at the United States Capitol on January 6, 2021. The Court also granted the government's motion to seal the Affidavit in Support of Criminal Complaint and Arrest Warrant, the Criminal Complaint, the Arrest Warrant, as well as other pleadings, records, and files in this case, including the motion to seal, and to delay entry on the public docket of its motion to seal and all related matters until the defendant's arrest.

2. On January 22, 2021, FBI agents arrested the defendant at his residence in Stockholm, New Jersey.

3. The government is aware of no facts or circumstances that would justify continuing the seal upon this matter. Accordingly, the government respectfully requests that the Court unseal this case and place the case on the public docket.

WHEREFORE, the government respectfully requests that its motion be granted.

Date: January 23, 2021

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney
for the District of Columbia
New York State Bar Reg. No. 4444188

By:    */s/* David B. Kent
DAVID B. KENT, D.C. Bar No. 482850
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7762
David.Kent@usdoj.gov

    */s/* Gauri Gopal
GAURI GOPAL
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7230
Gauri.Gopal@usdoj.gov