IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>  v.<br><br>**SCOTT KEVIN FAIRLAMB,**<br><br>  Defendant | Case No. 21-MJ-140 (RMM) |

### NOTICE OF APPEARANCE

NOW COMES the United States of America, through undersigned counsel, and gives notice that undersigned counsel, Leslie A. Goemaat, Assistant United States Attorney, hereby enters her appearance on behalf of the United States.

Dated: February 9, 2021

> Respectfully submitted,
>
> MICHAEL R. SHERWIN
> ACTING UNITED STATES ATTORNEY
> N.Y. Bar No. 4444188
>
>  /s/ *Leslie A. Goemaat*
> Leslie A. Goemaat
> Assistant United States Attorney
> MA Bar No. 676695
> 555 4th Street, N.W., Room 5840
> Washington, D.C.  20530
> Office: 202-803-1608
> Leslie.Goemaat@usdoj.gov